UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                            :
SYLINIA JACKSON, ON BEHALF OF                               :
HERSELF AND ALL OTHER PERSONS                               :
SIMILARLY SITUATED,                                         :
                                                            :   No.: 1:25-cv-391
                Plaintiffs,                            :
                                                            :   **NOTICE OF VOLUNTARY**
          v.                                              :   **DISMISSAL**
                                                            :
BEYOND MEAT, INC.,                                          :
                                                            :
                Defendant.                              :
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

       Plaintiff(s), SYLINIA JACKSON, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above-entitled action with prejudice and without fees and costs against Defendant, BEYOND MEAT, INC.

Dated:   New York, New York
            April 10, 2025

**GOTTLIEB & ASSOCIATES PLLC**

/s/ Jeffrey M. Gottlieb
Dana L. Gottlieb, Esq. (DG-6151)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge